Argued December 20, 1977, affirmed January 16, reconsideration denied February 23, petition for review denied March 28, 1978

In the Matter of the Marriage of
McMULLEN, *Respondent—Cross-Appellant,*
*and*
McMULLEN, *Appellant—Cross-Respondent.*
(No. 76-1725, CA 8832)
573 P2d 1

Donald A. Bick, Eugene, argued the cause for appellant—cross-respondent. With him on the briefs was Bick & Monte, Eugene.

Eric Haws, Eugene, argued the cause for respondent—cross-appellant. With him on the briefs was Bradley & Haws, Eugene.

Before Schwab, Chief Judge, and Lee and Roberts, Judges.

PER CURIAM.

Affirmed. No costs to either party. *Niedert and Niedert,* 28 Or App 309, 559 P2d 515, *rev den* (1977).